UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-22256-CIV-MORENO**

In re:

ADAM WIECKIEWICZ,

    Appellant,

vs.

EDUCATIONAL CREDIT and MANAGEMENT CORP.,

    Appellees.
_____/

## ORDER SETTING BRIEFING SCHEDULE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has received the transmittal of the record on appeal filed on July 8, 2010, by Adam Wieckiewicz, Appellant, appealing the Bankruptcy's Order Dismissing Adversary Complaint. The case has been entered on the docket as required by Fed. R. Bankr. P. 8007. Accordingly, it is hereby **ORDERED** that the parties shall follow the following deadlines:

1. Appellant shall serve and file his initial brief by **August 6, 2010**.

2. Appellee shall serve and file a response brief by **August 20, 2010**.

3. Appellant may serve and file a reply brief by **September 3, 2010**.

Pursuant to Local 87.4(E)(2) of the Local Rules of the United States District Court for the Southern District of Florida, the Appellant's Initial Brief and Appellee's Response Brief shall not exceed twenty-five pages in length. Appellant's Reply Brief shall not exceed fifteen pages in length.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of July, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record